**UNITED SETATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JUDITH S. SELIGMAN,** ) | |
|       **Plaintiff** ) | |
| ) | |
| v.                                                      ) | Civil No.  09-10082 |
| ) | |
| ) | |
| **LTD FINANCIAL SERVICES L.P.,** ) | |
|       **Defendant** ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff hereby voluntarily dismisses this action with prejudice.

          JUDITH S. SELIGMAN
          By her attorney:

          */s/Kenneth D. Quat*
          BBO #408640
          QUAT LAW OFFICES
          678 Massachusetts Avenue, Suite 702
          Cambridge MA 02139
          (617) 492-0522